```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
```

MIRCA BENITEZ CACERES, et al.,

    Plaintiffs,

    v.                                    CA No. 23-cv-528-WES

U.S. BANK,

    Defendant.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Order entered on June 21, 2024, and in accordance with Fed. R. Civ. P. 58, judgment is entered dismissing without prejudice this civil action.

<u>It is so ordered</u>.

June 21, 2024                    By the Court:

                                        /s/ William E. Smith
                                        United States District Judge